IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS R. FERRI,<br>    Plaintiff | :<br>:  Action No. 3:16-CV-0143<br>: |
| v. | :  (Judge Nealon)<br>: |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant | :  (Magistrate Judge Carlson)<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 12TH DAY OF FEBRUARY, 2016,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections, (Doc. 19), are **OVERRULED**

2. The Report and Recommendation, (Doc. 15), is **ADOPTED**;

3. Plaintiff's complaint and amended complaint, (Docs. 1 and 7), are **DISMISSED with prejudice as legally frivolous**; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**

FILED
SCRANTON

FEB 1 2 2016

Per_____
    DEPUTY CL_